IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID E. SIERRA-LOPEZ,

      Plaintiff,                                      ORDER

v.

                                       Case No.  22-cv-502-wmc

CORRECTIONAL OFFICER BROOK,

      Defendant.

Plaintiff David E. Sierra-Lopez has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee.  To evaluate plaintiff's request to proceed without prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint.  28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit the certified trust fund account statement no later than September 29, 2022. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2).  Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff David E. Sierra-Lopez may have until September 29, 2022 to submit a trust fund account statement for the period beginning approximately March 1, 2022 and ending approximately September 1, 2022.  If, by September 29, 2022, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action

voluntarily.  In that event, the case will be closed without prejudice to plaintiff filing the case
at a later date.


Entered this 7th day of September, 2022.

BY THE COURT:


/s/
STEPHEN L. CROCKER
Magistrate Judge